1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JAMES KIRK SHORT

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. 2:12-cr-164 JAM
                                    )
12           Plaintiff,             )
                                    )  STIPULATION AND ORDER CONTINUING
13      v.                          )  CASE
                                    )
14 JAMES KIRK SHORT,                )
                                    )  Date:  July 24, 2012
15                                  )  Time:  9:45 a.m.
             Defendant.             )  Judge: John A. Mendez
16 _____  )

17

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Todd Pickles, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, JAMES KIRK SHORT, that the status conference now set for July 24, 2012, be vacated and the matter continued to October 16, 2012 at 9:45 a.m.  Investigation which include out of district travel and consultation including exploration of possible resolution of the charges without trial have commenced and are on-going.  Counsel for the parties expect that any shorter time period might well not be sufficient to complete that process.

**IT IS FURTHER STIPULATED** that the interests of justice served by

granting the requested continuance outweighs the interests of the public and the defendant in a speedy trial and that time should be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). and Local Code T-4.

**IT IS SO STIPULATED.**

Dated: July 23, 2012  /S/ *Todd Pickles*
Todd Pickles
Assistant United States Attorney
Counsel for Plaintiff

Dated: July 23, 2012  /S/ *Jeffrey L. Staniels*
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
JAMES KIRK SHORT

**O R D E R**

Based on the above representations of counsel the court finds that the requested continuance is appropriate and that the interests of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. The requested continuance is therefore GRANTED. Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from July 24, 2012, through October 16, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: July 23, 2012  /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge