```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  JAMES KIRK SHORT

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No.2:12-cr-164 JAM
                                   )
12             Plaintiff,          )
                                   ) STIPULATION AND ORDER MODIFYING
13       v.                        ) TERMS OF PRETRIAL RELEASE
                                   )
14  JAMES KIRK SHORT,              )
                                   )
15                                 ) Judge: Edmund F. Brennan
               Defendant.          )
16  _____)
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Pickles, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, JAMES KIRK SHORT, that the terms of Pretrial Release in the above case, CR 5, be modified in order to permit Mr. Short to travel to his home state of Alaska to receive urgently needed medical attention and to remain there for recuperation. The court is advised that counsel for the parties will separately seek continuance dates and appropriate time exclusions from the District Court.

Specifically it is requested that condition number 5, which presently restricts Mr. Short's travel to the Eastern District of California, be replaced with a condition that states "Your travel,

previously restricted to the Eastern District of California, is amended to permit you to travel to the District of Alaska to seek and undergo needed medical treatment and recuperation. While in the District of Alaska you shall report your whereabouts and living arrangements to Pretrial Services as directed by your Pretrial Services Officer.

**IT IS SO STIPULATED.**

Dated: October 15, 2012       /S/ *Todd Pickles*
                              Todd Pickles
                              Assistant United States Attorney
                              Counsel for Plaintiff

Dated: October 15, 2012        /S/ *Jeffrey L. Staniels*
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              JAMES KIRK SHORT

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 16, 2012

_____
Hon. Edmund F. Brennan
United States Magistrate Judge