Joseph Schlesinger, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES KIRK SHORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.2:12-cr-164 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
| | ) CASE |
| JAMES KIRK SHORT, | ) |
| | ) Date: March 26, 2013 |
| | ) Time: 9:45 a.m. |
| Defendant. | ) Judge: John A. Mendez |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Todd Pickles, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, JAMES KIRK SHORT, that the status conference now set for March 26, 2013, be vacated and the matter continued to April 30, 2013 at 9:45 a.m. Mr. Short continues with medical treatment and recuperation from surgery and is unable to stand the rigors of travel from Alaska to this district.

**IT IS FURTHER STIPULATED** that time should be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,*

pursuant to 18 U.S.C. § 3161(h)(3)(A),(B), Local Code M, due to the unavailability of the defendant.

**IT IS SO STIPULATED.**

Dated: March 20, 2013          /S/ *Todd Pickles*
                               Todd Pickles
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: March 20, 2013          /S/ *Jeffrey L. Staniels*
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               JAMES KIRK SHORT

**O R D E R**

Based on the above representations of counsel the court finds that the requested continuance is appropriate. The requested continuance is therefore GRANTED. Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from March 26, 2013, through April 30, 2013, pursuant to 18 U.S.C. § 3161(h)(3)(A)(B), Local Code M, (Unavailability of the defendant).

**IT IS SO ORDERED.**

By the Court,

Dated: March 25, 2013          /s/ John A. Mendez
                               Hon. John A. Mendez
                               United States District Court Judge

Stipulation and Proposed Order     -2-