JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES KIRK SHORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-164 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER MODIFYING TERMS OF PRETRIAL RELEASE |
| JAMES KIRK SHORT, | |
| Defendant. | Judge: Hon. Kendall J. Newman |

**IT IS HEREBY STIPULATED** between Plaintiff, United States of America, and defendant, James K. Short, that all terms of pretrial release requiring supervision by Pretrial Services may remain suspended through June 11, 2013, pending further determination of Mr. Short's medical condition and of the need to resume Pretrial Services supervision.

On April 6, 2012, the Court ordered Mr. Short released pending trial on conditions including supervision by Pretrial Services. On October 16, 2012, the Court modified the terms of release to permit Mr. Short to travel to Alaska (his home) for medical treatment and recuperation. On December 21, 2012, by agreement of the parties, the Court suspended

supervision by Pretrial Services for a period of 90 days due to Mr. Short's medical incapacitation. At the request of Pretrial Services, the parties have agreed that the requirement of supervision may remain suspended through June 11, 2013, so that Pretrial Services and the parties may determine whether Mr. Short's present condition and circumstances warrant further supervision or whether he may continue on pretrial release without supervision.

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: May 2, 2013    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JAMES K. SHORT

BENJAMIN B. WAGNER
United States Attorney

Dated: May 2, 2013    /s/ T. Zindel for T. Pickles
TODD PICKLES
Assistant U.S. Attorney

**O R D E R**

The condition of release requiring supervision by Pretrial Services is suspended through June 11, 2013, for the reasons stated above.

**IT IS SO ORDERED.**

Dated: May 3, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE