HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES KIRK SHORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-164 JAM |
| ) Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JAMES KIRK SHORT, ) | |
| ) | Date: July 16, 2013 |
| Defendant. ) | Time: 9:45 a.m. |
| _____ ) | Judge: John A. Mendez |

**IT IS HEREBY STIPULATED** between plaintiff, United States of America, and defendant, James Kirk Short, that the status conference set for July 16, 2013, may be continued to September 3, 2013 at 9:45 a.m.

Defense of Mr. Short was reassigned to the undersigned Assistant Federal Defender in May but counsel has yet to have adequate time to review discovery, to determine what must be done to move the case forward, and to consult with Mr. Short. It is apparent to new counsel that additional investigation is needed. So that counsel will have adequate time to review Mr. Short's case, determine an appropriate course

of action, and complete investigation, the parties agree that under the Speedy Trial Act should be excluded from the date of this order through September 3, 2013, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 12, 2013    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Counsel for JAMES SHORT

BENJAMIN WAGNER
United States Attorney

Dated: July 12, 2013    /s/ T. Zindel for T. Pickles
TODD PICKLES
Assistant United States Attorney
Counsel for Plaintiff

**O R D E R**

Based on the representations of counsel the court finds that a continuance is appropriate. The court finds that the interests of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and orders time excluded through September 3, 2013, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv). The status conference is reset for September 3, 2013.

**IT IS SO ORDERED.**

Dated: July 12, 2013    /s/John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge