```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JAMES KIRK SHORT
 7

 8

 9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     )  No. 2:12-CR-164 JAM
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND [PROPOSED] ORDER
14       v.                       )  MODIFYING TERMS OF PRETRIAL
                                  )  RELEASE
15  JAMES KIRK SHORT,             )
                                  )
16              Defendant.        )  Judge: Hon. Allison Claire
                                  )
17  _____)

18
```

19     **IT IS HEREBY STIPULATED** between Plaintiff, United States of America, 20 and defendant, James K. Short, that the conditions of Mr. Short's 21 pretrial release may be modified as follows. First, conditions of 22 release requiring supervision by Pretrial Services (docket number 11) may 23 be deleted in favor of the standard conditions of own-recognizance 24 released reflected in the Notice to Defendant Being Released (docket 25 number 10). Second, the unsecured appearance bond signed by Mr. Short 26 and his stepfather, Richard Dunford, (docket no. 12) may be substituted 27 for the collateral bond (docket no. 24). Third, the lien against Richard 28 C. Dunford's real property may be released and the property reconveyed.

On April 6, 2012, the Court ordered Mr. Short released pending trial on conditions including supervision by Pretrial Services. On October 16, 2012, the Court modified the terms of release to permit Mr. Short to travel to Alaska (his home) for medical treatment and recuperation. On December 21, 2012, by agreement of the parties, the Court suspended supervision by Pretrial Services for a period of 90 days due to Mr. Short's medical incapacitation. A second suspension followed in May 2013 at the request of Pretrial Services.

In light of subsequent developments, and with approval of Pretrial Services, the parties have agreed to convert Mr. Short's release to an own-recognizance release secured by the existing signature bond executed by Mr. Short and Mr. Dunford on April 6, 2012. Mr. Short remains in Alaska under frequent medical care and is in almost daily contact with defense counsel. Mr. Dunford has asked that his property be reconveyed so that he can use it as collateral for a construction loan. He remains obligated under the existing signature bond. The parties agree that this modification constitutes an adequate release plan under the Bail Reform Act.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 6, 2013        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JAMES K. SHORT

BENJAMIN B. WAGNER
United States Attorney

Dated: August 6, 2013        /s/ T. Zindel for T. Pickles
TODD PICKLES
Assistant U.S. Attorney

| | |
|---|---|
| 1 | |
| 2 | **O R D E R** |

The conditions of release are modified as set forth above. Mr. Short shall continue to comply with the conditions of release set forth in the Notice to Defendant Being Released filed April 6, 2012. The Clerk of the Court shall immediately reconvey to the surety the real property posted to secure the release bond.

**IT IS SO ORDERED.**

Dated: August 6, 2013

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE